

## IN THE
## TENTH COURT OF APPEALS

### No. 10-14-00374-CV

**COLLEGE STATION MEDICAL CENTER, LLC**
**D/B/A COLLEGE STATION MEDICAL CENTER,**

                                                                    **Appellants**

 **v.**

**ELEANOR KILASPA AND WILLIAM KILASPA,**

                                                                    **Appellees**

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 13-002982-CV-85**

## O R D E R

College Station Medical Center, LLC d/b/a College Station Medical Center's

petition for permissive interlocutory appeal is granted.  *See* TEX. R. APP. P. 28.3(k).

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed January 22, 2015
Do not publish

